THE STATE OF OHIO, APPELLANT, *v.* McALMONT, APPELLEE.

[Cite as *State v. McAlmont*, 133 Ohio St.3d 162, 2012-Ohio-4327.]

(No. 2011–0065—Submitted September 12, 2012—Decided September 27, 2012.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Gunnell*, 132 Ohio St.3d 442, 2012-Ohio-3236, 973 N.E.2d 243.

O'CONNOR, C.J., and PFEIFER, LANZINGER, and McGEE BROWN, JJ., concur.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent for the reasons stated in the dissenting opinion in *State v. Gunnell*, 132 Ohio St.3d 442, 2012-Ohio-3236, 973 N.E.2d 243.

D. Andrew Wilson, Clark County Prosecuting Attorney, and Andrew Picek, Assistant Prosecuting Attorney, for appellant.

Murr, Compton, Claypool & Macbeth and Charles M. Blue, for appellee.